**Order entered February 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00639-CR

**JOEL ERCEDES VILLATORO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-75768-T**

## ORDER

Appellant, who was convicted of aggravated sexual assault of a child younger than fourteen years of age, filed his brief January 29, 2019, along with an appendix to the brief. Documents in the appendix refer to the victim by name. Accordingly, we **STRIKE** the appendix.

Because criminal briefs are not required to contain an appendix, *see* TEX. R. APP. P. 38.1(k), we decline to order that appellant refile his appendix referring to the victim either generically or by initials only. However, if appellant wishes to refile the appendix, he must do so without using the victim's name.

/s/    LANA MYERS
         JUSTICE